IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRLENE CRAIN, | ) | Case No. 4:20-cv-01348 |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| | ) | |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Shirlene Crain ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Therefore, Plaintiff requests thirty (30) days in order to finalize settlement and dismiss the action.

Dated:  May 5, 2020

RESPECTFULLY SUBMITTED,

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
F: (602) 857-8207
E: AdamH@jlohman.com
Attorney for Plaintiff, Shirlene Crain

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served upon the following:

Via E-Mail:

Hilary L. Palazzolo
THE RUDNICKI FIRM
Direct: (405) 445-7420
Facsimile:  (405) 445-7421
hilary@rudnickifirm.com
*Attorney for Defendant*

              By: */s/ Adam T. Hill*
              Adam T. Hill
              The Law Office of Jeffrey Lohman, P.C.
              28544 Old Town Front St., Ste. 201
              Temecula, CA 92590
              Tel. (657) 236-3525
              F: (602) 857-8207
              E: AdamH@jlohman.com
              Attorney for Plaintiff, Shirlene Crain