# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SHIRLENE CRAIN, | ) Case No. 4:20-cv-01348 |
| Plaintiff, | ) |
| – vs – | ) NOTICE OF VOLUNTARY DISMISSAL |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that Plaintiff Shirlene Crain ("Plaintiff"), through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above action WITH PREJUDICE against Defendant GC Services, LP ("Defendant").

Dated:  June 22, 2020

RESPECTFULLY SUBMITTED,

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
F: (602) 857-8207
E: AdamH@jlohman.com
Attorney for Plaintiff, Shirlene Crain

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, a true and correct copy of the foregoing VOLUNTARY DISMISSAL was served upon the following:

Via E-Mail:

Hilary L. Palazzolo
THE RUDNICKI FIRM
Direct: (405) 445-7420
Facsimile: (405) 445-7421
hilary@rudnickifirm.com
*Attorney for Defendant*

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (657) 236-3525
F: (602) 857-8207
E: AdamH@jlohman.com
Attorney for Plaintiff, Shirlene Crain