United States District Court
Southern District of Texas
**ENTERED**
June 24, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHIRLENE CRAIN,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 4:20-CV-1348** |
| | § | |
| **GC SERVICES, LP,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Plaintiff Shirlene Crain filed a Notice of Voluntary Dismissal with Prejudice. (Doc. No. 8). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE** against Defendant GC Services, LP. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 24st day of June, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE